UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CANDACE BELL, ET AL.,<br><br>Plaintiff, vs.<br><br>ONYX, ET AL.,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-0165-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** pursuant to Local Rule 41.3(A)(3).

Dated at Atlanta, Georgia, this 14th day of September, 2022.

                                                KEVIN P. WEIMER
                                                CLERK OF COURT

                                      By:  s/J. Arnold
                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 14, 2022
Kevin P. Weimer
Clerk of Court

By:  s/J. Arnold
       Deputy Clerk