**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

CANDACE BELL, ET AL.,

               Plaintiff, vs.

ONYX, ET AL.,

               Defendants.

CIVIL ACTION FILE

NO. 1:22-CV-0165-TWT

**J U D G M E N T**

    This action having come before the court, Honorable Thomas W. Thrash, Jr.,

United States District Judge, for consideration, it is

    **Ordered and Adjudged** that the action be dismissed Pursuant To Federal Rule 41.3(B)

    Dated at Atlanta, Georgia, this 6ᵗʰ day of October, 2022.

                            KEVIN P. WEIMER
                            CLERK OF COURT

                     By:  s/J. Arnold
                            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 6, 2022
Kevin P. Weimer
Clerk of Court

By:  s/J. Arnold
      Deputy Clerk